RECEIVED
CHARLOTTE, N.C.
APR 9
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
IN COURT
STATESVILLE, N. C.
MAY 3 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:03CR14-2-V

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRES CARBALLO | **ORDER GRANTING MOTION TO AUTHORIZE PAYMENT AND TO PROCESS TRIAL TRANSCRIPT** |

This matter is before the Court upon Defendant Andres Carballo's motion to authorize the payment and to process the trial transcript of his co-defendant, Jairton Grandos-Arredondo, which took place during the 2003 criminal trial term. For the reasons stated in Defendant's Motion, the Court finds that the trial transcript is necessary for adequate defense and that the Defendant is indigent and financially unable to pay for such service. Accordingly, the Court shall grant the Motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Authorize Payment and to Process Trial Transcript is hereby GRANTED; and it is

FURTHER ORDERED that the Clerk shall immediately process the attached CJA Form 24 Authorization and Voucher for Payment of Transcript and forward the same to the Court Reporter for further processing.

This the 3rd day of May, 2005.

HONORABLE RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE